EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICK T. WOJTKOWIAK,

    Plaintiff

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Civil Action No. 16-14296

HON. R. STEVEN WHALEN
U.S. Magistrate Judge

## JUDGMENT

This matter is before the Court on motions for summary judgment by both parties. For the reasons set forth on the record on March 15, 2018, judgment is entered in favor of Defendant and against Plaintiff.

                        s/ R. Steven Whalen
                        R. STEVEN WHALEN
                        UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 19, 2018, electronically and/or by U.S. mail.

                        s/Carolyn M. Ciesla
                        Case Manager to the
                        Honorable R. Steven Whalen